UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GIOVANNI FAJARDO,

Plaintiff,                                                  Case No. 6:11-cv-90-Orl-35DAB

vs.

LCS FINANCIAL SERVICES
CORPORATION,

Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, GIOVANNI FAJARDO, (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter.

Dated: March 11, 2011                           Respectfully submitted,

                                                /s Andrew I. Glenn_____
                                                Andrew I. Glenn
                                                E-mail: Andrew@cardandglenn.com
                                                Florida Bar No. 577261
                                                J. Dennis Card, Jr.
                                                E-mail: Dennis@cardandglenn.com
                                                Florida Bar No. 0487473
                                                Card & Glenn, P.A.
                                                2501 Hollywood Boulevard, Suite 100
                                                Hollywood, Florida 33020
                                                Telephone: (954) 921-9994
                                                Facsimile: (954) 921-9553
                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s Andrew I. Glenn_____
Andrew I. Glenn

## SERVICE LIST

LCS Financial Services Corporation
6782 South Potomac Street, Suite 100
Centennial, Co 80112-3915
Served via Regular U.S. Mail